IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>BEVERLY GLASS,<br>    Defendant. | CASE NO. 3:11cv 335<br><br>**FILED UNDER SEAL** |

## ORDER SEALING CASE

This matter is before the Court upon the *ex parte* motion of the Plaintiff to seal the above-captioned case and the associated docket sheet. Having considered the arguments of the Plaintiff in favor of sealing this matter as opposed to the public interest that cases be generally public, the Court finds that a temporary seal of this matter is both warranted by the facts and required by statute. The Plaintiff's motion is therefore GRANTED, and it is hereby ORDERED as follows:

1. This matter is hereby sealed from public view. No person other than the Plaintiff, its attorneys, the Office of the United States Attorney for the Western District of North Carolina, and Court personnel having a need to access the case shall be permitted to access this matter for any purpose without the express written permission of the Court. The Defendant and her attorneys shall only be permitted to access this matter after the service and

execution of an order for seizure upon the Defendant pursuant to a separate order of the Court.

2. The Clerk shall take such steps as may be necessary to prevent the case file for this matter from being accessed by unauthorized persons through the PACER system, but shall otherwise allow electronic access to the case file by authorized persons.

3. The Clerk shall also, in like manner, seal the docket sheet for this case, including all caption and party identity information.

4. Unless otherwise extended by the Court, this seal shall expire by its own terms at the conclusion of an *inter partes* hearing following execution of the seizure order, if one is granted, or, if the motion for seizure order is denied, at the conclusion of any appeal from the denial of the motion.

5. All persons authorized to access the file in this case are hereby ordered not to divulge the contents thereof to any unauthorized person. Violation of this order shall be subject to citation for contempt of court.

IT IS SO ORDERED.

14 July 2011

*Graham C. Mullen*