IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CV335

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) ORDER<br>) |
| BEVERLY GLASS, | )<br>)<br>) |
| Defendant. | )<br>) |

This matter is before the court upon Plaintiff's Motion for Preliminary Injunction. A hearing was held in this matter on July 28, 2011. Based upon the parties' agreement in open court, the preliminary injunction hearing will be continued until August 17, 2011 at 3:30 p.m. and the TRO is to remain in full force and effect until that time. Within ten days, the Plaintiff is directed to identify and copy any relevant evidentiary material that may be contained on the seized laptop, Ipod and the laptop belonging to Defendant's son and return the same to the Defendant. In exchange for the return of these items, the Defendant must provide Plaintiff with a written stipulation that any evidentiary material taken from these items is authentic.

IT IS SO ORDERED.

Signed: July 28, 2011

Graham C. Mullen
United States District Judge

SEALED DOCUMENT with access to All Parties/Defendants