UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION, | )<br>)<br>) |
| Plaintiffs, | ) **Case No. 3:11-cv-335-CGM** |
| vs. | )<br>)<br>) |
| BEVERLY GLASS, | )<br>) |
| Defendant. | )<br>) |

## **CONSENT ORDER**

This matter is currently set for hearing at 3 p.m. on August 17, 2011 on Plaintiff's Motion for Preliminary Injunction. The parties hereby inform the Court that settlement discussions are ongoing, and that it is likely that said discussion will result in a settlement which will resolve all issues in this matter. The parties consent to the Temporary Restraining Order and Order of Seizure remaining in effect. For good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that the hearing set for August 17, 2011 at 3 p.m. is hereby CONTINUED. The parties shall report back to the Court no later than August 25, 2011 regarding the status of settlement discussions, at which point said hearing will be re-calendared if necessary.

Signed: August 17, 2011

_____
Graham C. Mullen
United States District Judge

SEALED DOCUMENT with access to All Parties/Defendants

Consented to:

*Counsel for Defendant*


By: /s/ Christopher D. Lane
CHRISTOPHER D. LANE
N.C. State Bar No. 20302
3802 Clemmons Road, Suite A
Clemmons, NC   27012
Ph. (336) 766-0229
Fax. (336) 766-9145
cdllaw@juno.com


Counsel for Plaintiff

By: /s/ James M. Harrington
JAMES M. HARRINGTON
N.C. State Bar No. 30005
Harrington Law, P.C.
PO Box 403
Concord, NC 28026
Ph. (704) 315-5800
Fax. (704) 625-9259
jharrington@harringtonlawpc.com