# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

DEC 08 2011

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

SLEP-TONE ENTERTAINMENT
CORPORATION,
    Plaintiff,

    v.

BEVERLY GLASS,
    Defendant.

Civil Action No. 3:11cv335-GCM

## ORDER

This matter is before the Court upon the Motion of the Plaintiff to dissolve the seal in this case, now that the parties have resolved the matter and submitted a proposed consent judgment to the Court. For good cause shown, the Motion is GRANTED. The seal in this case is hereby DISSOLVED. The Clerk is directed to make the case file public and available through PACER.

IT IS SO ORDERED.

Date: _8 Dec 2011_

_Graham C. Mullen_
GRAHAM C. MULLEN
Senior United States District Judge